IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-CR-00031-3-BCW |
| EDDIE CALDERON-ZAPATA, | ) |
| Defendant. | ) |

## **ORDER**

Before the Court is Magistrate Judge Counts' Report and Recommendation (Doc. #118) denying Defendant Zapata's Motion to Suppress (Doc. #72). Defendant filed objections (Doc. #122) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Counts' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #118), Defendant's Motion to Suppress (Doc. #72) is DENIED. It is further

ORDERED that Magistrate Judge Counts' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: April 13, 2021    /s/ Brian C. Wimes
                         JUDGE BRIAN C. WIMES
                         UNITED STATES DISTRICT COURT